AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

HMS HOLDINGS, LLC

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-04421

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/2/2026




/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | A newtype of shop | Temu | 634418226681169 |
| 2 | AAA Trendy Hat Commune | Temu | 634418220562054 |
| 3 | AAABLBLH | Temu | 634418220440945 |
| 4 | ABSKK | Temu | 634418223906802 |
| 5 | Ageunitywear | Temu | 634418219737027 |
| 6 | AIR CHEN SHOP | Temu | 634418223446455 |
| 7 | AmundsenX | Temu | 634418212605105 |
| 8 | Apex Threads Collective | Temu | 634418225865810 |
| 9 | Apollure | Temu | 634418221754594 |
| 10 | Artistry Avenue Workshop | Temu | 634418218800203 |
| 11 | AstralHoha | Temu | 634418222650123 |
| 12 | Aura Style Shop | Temu | 634418219840575 |
| 13 | Awesome Selection - Because you are warm | Temu | 1380484513345 |
| 14 | BBCAIXJH | Temu | 634418219206365 |
| 15 | beiguida | Temu | 634418225412866 |
| 16 | Bells Cabin | Temu | 634418222083679 |
| 17 | BK baseball cap | Temu | 634418220487487 |
| 18 | BMSDSA | Temu | 634418222388355 |
| 19 | Boldly say that I miss you very much | Temu | 634418227572800 |
| 20 | Bright Justice | Temu | 634418218838541 |
| 21 | Brooklyn Stitch Co | Temu | 634418226336080 |
| 22 | Burst into a fiery red smile | Temu | 634418228266197 |
| 23 | C910418'shop | Temu | 634418219578200 |
| 24 | CALMWALK Live | Temu | 634418219088862 |
| 25 | Canvas Wardrobe | Temu | 634418226189423 |
| 26 | Chaohui Purchase | Temu | 634418212981789 |
| 27 | CHAOTNFSS | Temu | 634418221401085 |
| 28 | cheennn wuu wwuuu | Temu | 634418224860388 |
| 29 | chenqunyinger | Temu | 634418221737943 |
| 30 | chenyinjian | Temu | 634418220107597 |
| 31 | Chic Custom Shop | Temu | 634418218027048 |
| 32 | Chlin Hat Shop | Temu | 634418222347765 |
| 33 | Citrusly Party | Temu | 634418224393961 |
| 34 | cool sportsman | Temu | 634418219426639 |
| 35 | Cool Summer Hat Eleven Houses | Temu | 634418223877656 |
| 36 | Cool Summer Hat nine Houses | Temu | 634418223705989 |
| 37 | Cool Summer Hat ten Houses | Temu | 634418223778229 |
| 38 | coupang | Temu | 634418216998695 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 39 | Crafting hats | Temu | 634418221253526 |
| 40 | CT Clothes | Temu | 634418226721581 |
| 41 | Customized Trend hat | Temu | 634418220834351 |
| 42 | DDTEMUJF | Temu | 634418221352585 |
| 43 | Deer Star | Temu | 634418219534836 |
| 44 | Difficult to disperse | Temu | 634418225534152 |
| 45 | Distinct Custom | Temu | 634418220039839 |
| 46 | douqunwei | Temu | 634418225413649 |
| 47 | Dynamic womens wear | Temu | 634418222801613 |
| 48 | East West Menswear | Temu | 634418227315180 |
| 49 | Eclat Threacky Lucky | Temu | 634418225359950 |
| 50 | EnchantedPrints L | Temu | 634418222377815 |
| 51 | Excellent quality hat | Temu | 634418221792240 |
| 52 | Fable Flask | Temu | 634418224562489 |
| 53 | Fashion JK Link F | Temu | 634418224728501 |
| 54 | Fashion Seven Color Hats Shop | Temu | 634418221103489 |
| 55 | Fashion Sync Partners | Temu | 634418225482611 |
| 56 | fenzhang | Temu | 634418218934844 |
| 57 | Fufu baseball cap | Temu | 634418225462928 |
| 58 | Funky baseball cap | Temu | 634418221312890 |
| 59 | GKEHG SHOP FF | Temu | 634418211815938 |
| 60 | good abzccdaa | Temu | 634418228426782 |
| 61 | Graduate baseball cap | Temu | 634418220487111 |
| 62 | Greey Areaa | Temu | 634418220630150 |
| 63 | GuSaBing | Temu | 634418222714759 |
| 64 | Hanner JY shop | Temu | 634418219491324 |
| 65 | Hao Mmai | Temu | 634418212837092 |
| 66 | Hao Shen Huo | Temu | 634418222578496 |
| 67 | HarbourSon Two | Temu | 634418226887807 |
| 68 | Hat Voyage Cap | Temu | 634418225273789 |
| 69 | Helen Hat | Temu | 634418222917729 |
| 70 | helloohey | Temu | 634418222649223 |
| 71 | Hemp bean fashion clothing | Temu | 634418221555916 |
| 72 | High Discipline Clothing | Temu | 634418222963806 |
| 73 | HLKFWB | Temu | 634418221558319 |
| 74 | HMmai | Temu | 634418211796465 |
| 75 | HUI MP | Temu | 634418225313608 |
| 76 | ighting Clothing | Temu | 634418225312006 |
| 77 | iliejoie | Temu | 634418227004319 |
| 78 | Ingenuity E | Temu | 634418220224589 |
| 79 | Interesting hats | Temu | 634418220274750 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 80 | INXX CC | Temu | 634418224628051 |
| 81 | INXX HH | Temu | 634418224681590 |
| 82 | Jasmine YOS | Temu | 634418220134903 |
| 83 | jdkfol | Temu | 634418220502750 |
| 84 | JH Hoodie OOTD | Temu | 634418219948599 |
| 85 | Jikfuum | Temu | 634418219135747 |
| 86 | Junior Threads | Temu | 634418225981677 |
| 87 | KIJUHYGFF | Temu | 634418219198695 |
| 88 | King Cattle | Temu | 634418225164391 |
| 89 | KING MAN Clothing | Temu | 634418226014679 |
| 90 | KLAEE | Temu | 634418221326524 |
| 91 | KMLS | Temu | 634418216036217 |
| 92 | KROFT VEER | Temu | 634418225434708 |
| 93 | Kufei Clothes shop | Temu | 634418210691576 |
| 94 | LaceLuxe yangqingp | Temu | 634418225907627 |
| 95 | LFTTHGFW | Temu | 634418220224273 |
| 96 | LGQA Baseball Cap | Temu | 634418225284776 |
| 97 | Lianpinji | Temu | 634418221369085 |
| 98 | LidSpark | Temu | 634418225413477 |
| 99 | Lin Bao Dang | Temu | 634418224401923 |
| 100 | star sleeping blanket | Temu | 634418220882032 |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-4421

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached
was received by me on *(date)* 07/02/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

✔ Other *(specify)*: On June 9, 2026, someone working under my supervision served Defendants by requesting service via internal platform communication, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On June 29, 2026, Defendants were served said URL via direct email communication. On July 8, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: